# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD, | Case No. 1:17-cv-00528-AWI-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE AND REASSIGN TO RELATED RETALIATION PENDING CASES |
| v. | |
| DEPUTY MEJIA, et al., | |
| Defendants. | |

Plaintiff William J. Gradford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 24, 2017, this action was dismissed for the failure to state a claim upon which relief may be granted, as Plaintiff could not state a cognizable claim by alleging that jail officials opened and read mail sent to him by the Clerk of the Court. (ECF Nos. 11, 12.)

Currently before the Court is Plaintiff's motion to reopen this case and have it reassigned or related to his pending retaliation cases, filed on October 18, 2017. (ECF No. 13.) Plaintiff provides no reasons or basis for why this case should be reopened, and therefore it will be denied.

Accordingly, Plaintiff's motion requesting to reopen and reassign this case is HEREBY DENIED.

IT IS SO ORDERED.

Dated: October 19, 2017

SENIOR DISTRICT JUDGE